**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ROSE URE MEZU | : |
|       Plaintiff, | : |
| | : |
|   v. | :   Civil Action No. WMN-09-2855 |
| | : |
| MORGAN STATE UNIVERSITY, | : |
|     and | : |
| ARMADA  W. GRANT, | : |
| in her personal capacity and | : |
| as Director, Human Resources/Payroll for | : |
| Morgan State University, | : |
|     and | : |
| DOLAN HUBBARD, | : |
|  in his personal capacity and | : |
| as Chair,  Department of English | : |
| and Language Arts, | : |
| Morgan State University, | : |
|       Defendants. | : |

**<u>PLAINTIFF'S MOTION TO COMPEL</u>**

As set forth in the accompanying memorandum of law, plaintiff moves this Court under Federal Rule of Procedure 37 to compel defendants to fully answer interrogatories 3-8, 11-13, 19, 21 and 25, and to immediately produce all documents responsive to plaintiff's requests for production of documents, which documents should be governed by the five year time limitation plaintiff requested.  Further, the claims of privilege defendants assert should be denied if based on Md. Code State Government § 10-616(i).  At such time as defendant provides a privilege log as recently and belatedly promised, plaintiff reserves the right to pursue remedies under Rule 37 for inappropriate claims of privilege.

2

If, on the other hand, defendant fails to provide that privilege log promptly, plaintiff reserves

the right to pursue remedies under Rule 37 for that failure as well.


Dated: August 13, 2010                                      Respectfully submitted,


                                                   /S/ C. Valerie Ibe, Esq.
                                                   Law Offices of C. Valerie Ibe,

                                                   A  Professional L aw Corporation

                                                   23614 Nadir Street

                                                   West Hills, CA 91304
                                                   Telephone: 818-346-8777
                                                   Email:Kancvi@aol.com
                                                   Bar ID: 94234
                                                   Counsel for Plaintiff, Rose Ure Mezu


                                                   /S/ John M. Singleton, Esq.
                                                   Singleton Law Group
                                                   400 Redland Court, Suite 107
                                                   Telephone: 410-902-0073
                                                   Fax: 410-902-7372
                                                   Email:jmsingleton@sgt-law.com
                                                   Bar ID: 02275
                                                   Counsel for Plaintiff, Rose Ure Mezu

2