# EXHIBIT 6-

Email from Defendants' Assistant about Defendants' Counsel's Unavailability to Respond to Discovery Requests

Case 1:09-cv-02855-WMN    Document 54-8    Filed 08/13/10    Page 2 of 2

**From:** Cox, Donna <dcox@oag.state.md.us>
**To:** Kancvi@aol.com <Kancvi@aol.com>
**Subject:** Sally Swann's Schedule
**Date:** Wed, Jul 21, 2010 9:22 am

Unexpectedly, Sally will not be back into her office until Monday. Therefore, she will be unable to respond to any discovery issues until she returns.

Donna L. Cox
Secretary to Donahue, Gaslevic, Slaff and Swann

Office of the Attorney General
Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Tel: (410) 576-6450
Fax: (410) 576-6437
E-Mail: dcox@oag.state.md.us

Please consider the environment before printing this email.

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact me immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

=