# EXHIBIT 7 – SERIES OF CORRESPONDENCE SINCE PLAINTIFF'S SERVICE OF THE MOTION TO COMPEL ON JULY 26, 2010

Case 1:09-cv-02855-WMN     Document 54-9     Filed 08/13/10     Page 2 of 11

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Outstanding discovery issues
**Date:** Mon, Aug 2, 2010 7:10 am
**Attachments:** 8-2-10_follow-up_letter_re_deficient_discovery_answers.pdf (109K)

Please see attached.


Thanks,

C. Valerie Ibe Esq.,
Law Offices of C. Valerie Ibe
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone:818-346-8777
Email:kancvi@aol.com

**Law Offices of C. Valerie Ibe, A Professional Law Corporation**
**C. Valerie Ibe, Esq\*, LL.B, MBA, CPA**
**Attorneys at Law**
**23614 Nadir Street**                              **Tel: (818) 346-8777**
**West Hills, CA 91304**

*admitted in CA & NY*

August 2, 2010

Ms Sally Swann
Office of the Attorney General
Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland  21202-2021              Sent by email & mail

Case No. WMN-09-2855
Case Name: DR Rose Mezu v. Morgan State University et al

Re: Follow-up letter re deficient discovery answers

Ms Swann,

Our position was clearly spelled out in the motion to compel. Are you changing your position on any of the issues that were raised? If so, please specify.

Dr Mezu will be severely prejudiced if we were to proceed blindly into these depositions without any documents whatsoever and completed answers to the interrogatories. Therefore, I cannot proceed with the depositions for Ms Grant and Dr Hubbard until I receive these outstanding documents from you.

Kindly produce this information as soon as possible.

/S/ C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe,
A Professional L aw Corporation
23614 Nadir Street

1

West Hills, CA 91304
Telephone: 818-346-8777
Email:Kancvi@aol.com,
Bar ID: 94234
Counsel for Plaintiff, Rose Ure Mezu

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Re: Plaintiff's outstanding discovery requests to defendants.
**Date:** Thu, Aug 5, 2010 8:47 pm
**Attachments:** Pl's_motion_to_compel_discovery_as_filed.pdf (9K),
Pl's_memo_in_support_of_motion_to_compel_discovery.pdf (86K), Pl's_-_EXHIBITS_1_to__6_-_Motion_to_Compel.pdf (876K)

Ms Swann,

I need to know your substantive response to the Motion to compel that you received on July 26,2010. I am attaching the motion and the exhibits again. We still have not received any documents from you nor the answers to all the interrogatories. I need to know when these documents will be received in order to schedule the defendants' deposition.

Thanks,

C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone:818-346-8777
Email:kancvi@aol.com

Case 1:09-cv-02855-WMN     Document 54-9     Filed 08/13/10     Page 6 of 11

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Date:** Tue, Aug 10, 2010 7:35 am
**Attachments:** Defs'_lack_of_response_to_PI's_motion_to_compel_discovery.pdf (9K)

Please see attached email.


C. Valerie Ibe, Esq.,

Law Offices of C. Valerie Ibe, A Professional Law Corporation
C. Valerie Ibe, Esq*, LL.B, MBA, CPA
Attorneys at Law
23614 Nadir Street                      Tel: (818) 346-8777
West Hills, CA 91304

*admitted in CA & NY

August 10, 2010

Ms Sally Swann
Office of the Attorney General
Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland  21202-2021

                                        **Sent by email & mail**

**Case No. WMN-09-2855**
**Case Name: DR Rose Mezu v. Morgan State University et al**
**Re: Defendants' Lack of Response to Plaintiff's Motion to Compel Discovery Requests**

Ms Swann,

I have been given no reason to believe that you do not intend to change your position

from our last meeting of July 14, 2010.  Is my belief accurate, or are you willing to

discuss what modification to your position you are willing to make?

                              /S/ C. Valerie Ibe, Esq.
                              Law Offices of C. Valerie Ibe,
                              A Professional L aw
                              Corporation 23614 Nadir
                              Street
                              West Hills, CA 91304
                              Telephone: 818-346-8777
                              Email: Kancvi@aol.com
                              Bar ID: 94234
                              Counsel for Plaintiff, Rose Ure Mezu

1

<u>/S/ John M. Singleton, Esq.</u>
Singleton Law Group
400 Redland Court, Suite 107
Telephone: 410-902-0073
Fax: 410-902-7372
Email: jmsingleton@sgt-
law.com Bar ID: 02275
Counsel for Plaintiff, Rose Ure Mezu

**From:** Swann, Sally <sswann@oag.state.md.us>
**To:** 'kancvi@aol.com' <kancvi@aol.com>
**Subject:** RE:
**Date:** Tue, Aug 10, 2010 7:48 am

I am working on the response at this very moment. It appears that you have dropped the issue of getting discovery from the non parties Grant and Hubbard. If so, the only substantial issue left is whether the claims that are resjudicata exceed the scope of permissible discovery. As to the interrogatory responses, some of the answers will be supplemented by reference to documents produced in discovery. I am also in the process of preparing a privilege log.  I will be responding formally to the issue of discovery regarding claims that are res judicata.

On the settlement issue, Judge Gauvey's office called for an update on the settlement process. I told the judge's secretary that I would get back to her at the end of the week.
My client's last response to your client's settlement proposal was that the settlement offer would not change. If your client wishes to accept the settlement proposal as originally offered, please let me know.  Once I hear from you, I will send Judge Gauvey an e-mail reporting on the settlement.
Thank you.
Sally Swann

**From:** kancvi@aol.com [mailto:kancvi@aol.com]
**Sent:** Tuesday, August 10, 2010 10:35 AM
**To:** Swann, Sally
**Subject:**

Please see attached email.


C. Valerie Ibe, Esq.,

=

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Re:
**Date:** Tue, Aug 10, 2010 5:58 pm

The time for responding to the motion to compel has passed, so unless there is some change in your position, the motion is ripe for decision. However, your recent email seems to suggest you have modified some of your positions, at least as to the privilege log; but at the same time it does not appear you are modifying other key positions.

Are you contending still, that res judicata is a relevant ground for objection? If so, and you do not have any intention of modifying that position, you would have to agree that the portion of our motion to compel concerning that objection is ripe for decision and I will file the motion on that issue.

Further, you have not responded to our contention that you have not justified ignoring the presumption that you must bear your own costs of production. Do you still insist on charging for documents before you produce them? If so, that portion of the motion is ripe for decision.

As for the other issues, we will of course be happy to review your privilege log. If after that review it appears you are continuing to insist on the broad sort of "personnel file" privilege which you asserted before, that portion of the motion to compel will also be ripe for decision.

We will of course amend our motion before filing it to reflect these developments

C. Valerie Ibe, Esq.,
Law Offices of C. Valerie Ibe
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone:818-346-8777
Email:kancvi@aol.com

-----Original Message-----
From: Swann, Sally <sswann@oag.state.md.us>
To: 'kancvi@aol.com' <kancvi@aol.com>
Sent: Tue, Aug 10, 2010 7:48 am
Subject: RE:

I am working on the response at this very moment. It appears that you have dropped the issue of getting discovery from the non parties Grant and Hubbard. If so, the only substantial issue left is whether the claims that are resjudicata exceed the scope of permissible discovery. As to the interrogatory responses, some of the answers will be supplemented by reference to documents produced in discovery. I am also in the process of preparing a privilege log. I will be responding formally to the issue of discovery regarding claims that are res judicata.

On the settlement issue, Judge Gauvey's office called for an update on the settlement process. I told the judge's secretary that I would get back to her at the end of the week.
My client's last response to your client's settlement proposal was that the settlement offer would not change. If your client wishes to accept the settlement proposal as originally offered, please let me know. Once I hear from you, I will send Judge Gauvey an e-mail reporting on the settlement.
Thank you.
Sally Swann

**From:** kancvi@aol.com [mailto:kancvi@aol.com]
**Sent:** Tuesday, August 10, 2010 10:35 AM
**To:** Swann, Sally

**Subject:**

Please see attached email.

C. Valerie Ibe, Esq.,

=