**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| ROSE URE MEZU | : | |
|       Plaintiff, | : | |
| | : | |
|     v. | : | Civil Action No. WMN-09-2855 |
| | : | |
| MORGAN STATE UNIVERSITY, | : | |
|     and | : | |
| ARMADA  W. GRANT, | : | |
| in her personal capacity and | : | |
| as Director, Human Resources/Payroll for | : | |
| Morgan State University, | : | |
|     and | : | |
| DOLAN HUBBARD, | : | |
|  in his personal capacity and | : | |
| as Chair,  Department of English | : | |
| and Language Arts, | : | |
| Morgan State University, | : | |
|     Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this        day of            , 2010, upon consideration of the plaintiff's motion to compel, it is hereby ORDERED that defendants shall immediately produce all documents responsive to plaintiff's requests for productions of documents, within the time limitations for such documents set forth in the requests, and shall not withhold documents on the basis of any provision of the Maryland Public Information Act.

It is further ORDERED that defendants will, within five days of the date of this Order, fully respond to all interrogatories or suffer further sanctions.

1

2

Finally, pursuant to Federal Rule of Civil Procedure 37(a)(5), defendants are hereby ORDERED to pay plaintiff's reasonable expenses incurred in making the motion, including attorney's fees.  Plaintiff is hereby ordered to prepare a bill of costs for immediate submission to the Court.

BY THE COURT:

_____

2