IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROSE URE MEZU,                              *

      Plaintiff,                          *

        v.                                *        Civil Action No. WMN09CV2855

MORGAN STATE UNIVERSITY,                    *

      Defendant.                          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>MOTION TO STRIKE PLAINTIFF'S SECOND MOTION TO COMPEL</u>

Defendant Morgan State University[1] ("University"), by its attorneys, Douglas F.

Gansler, Attorney General of Maryland, and Sally L. Swann, Assistant Attorney General,

pursuant to Fed. R. Civ. P. 12(f), hereby moves to strike the plaintiff's electronically filed

Second Motion to Compel Discovery for the reason that she has failed to comply with the

requirements of  L. R. 104.8. The particulars are set forth in the accompanying

memorandum.

                         Respectfully submitted,

                         DOUGLAS F. GANSLER
                         Attorney General of Maryland

---

[1]Defendant Armada Grant and Dolan Hubbard were dismissed from the case by Order of the Court dated March 18, 2010.

_____/s/_____

SALLY L. SWANN
Assistant Attorney General
Federal Bar No.: 06731

Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, MD 21202-2021
Telephone: (410) 576-7053
