| | |
|---|---|
| ROSE URE MEZU | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. WMN-09-2855 |
| | : |
| MORGAN STATE UNIVERSITY, | : |
| and | : |
| ARMADA W. GRANT, | : |
| in her personal capacity and | : |
| as Director, Human Resources/Payroll for | : |
| Morgan State University, | : |
| and | : |
| DOLAN HUBBARD, | : |
| in his personal capacity and | : |
| as Chair, Department of English | : |
| and Language Arts, | : |
| Morgan State University, | : |
| Defendants. | : |

## <u>ORDER</u>

AND NOW, this          day of          , 2010, upon consideration of the plaintiff's

Motion to Quash, it is hereby ORDERED that the Plaintiff's Motion to Quash is hereby

granted and plaintiff is not required to produce any documents.

BY THE COURT:

United States Senior District Judge

Copies to:
All Counsel of record