**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROSE URE MEZU,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. WMN09CV2855** |
| **MORGAN STATE UNIVERSITY,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \*

**MOTION FOR SANCTION OF DISMISSAL UNDER FED. R. CIV. P. 41**
**OR ALTERNATIVELY FOR SANCTIONS UNDER FED. R. CIV. P. 37**

Defendant Morgan State University[1] ("University"), by its counsel Douglas F. Gansler, Attorney General of Maryland, and Sally L. Swann, Assistant Attorney General, files this Motion for the Sanction of Dismissal of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 41 and Local Rule 105.8 or alternatively for sanctions under Fed. R. Civ. P. 37 and order Plaintiff to provide responsive answers in a second deposition with costs to be paid by Plaintiff, and order Plaintiff to provide the disclosures for her expert witness as required under Fed. R. Civ. P. 26 (a)(2)(C), and to consent to release of medical records for the depositions of the Plaintiff's expert witnesses, for the reasons further explained in the accompanying memorandum in support.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

---

[1]Defendants Armada Grant and Dolan Hubbard were dismissed from the case by Order of the Court dated March 18, 2010.

                                          /s/
_____
SALLY L. SWANN
Assistant Attorney General
Federal Bar No.: 06731

Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, MD 21202-2021
Telephone: (410) 576-7053
sswann@oag.state.md.us