## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ROSE URE MEZU
        Plaintiff,

    v.

MORGAN STATE UNIVERSITY,
    and
ARMADA W. GRANT,
in her personal capacity and
as Director, Human Resources/Payroll for
Morgan State University,
    and
DOLAN HUBBARD,
in his personal capacity and
as Chair, Department of English
and Language Arts,
Morgan State University,
        Defendants.

: Civil Action No. WMN-09-2855

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURES RE EXPERTS

Plaintiff, pursuant to Rule 26 of the Federal Rules of Civil Procedure identifies

the following treating physicians as expert witnesses who may be used at trial to present

evidence under Federal Rules of Evidence 702, 703 or 705.

1.    Dr. Judy Huang, Neurosurgeon,
       The Johns Hopkins University Hospital
       600 N. Wolfe Street,
       Baltimore, Maryland 21287
       (410) 502-5767

EXHIBIT A

2.   Dr. Raymond Nze,
     Internal Medicine
     Greater Baltimore Medical Center
     7801 York Road
     Towson,Maryland 21204
     (410) 494-0131

As the following expert witnesses have not been retained or specially employed by the

plaintiff to provide expert testimony in this case, neither are they employees of the

plaintiff whose duties regularly involve giving expert testimony, therefore, the additional

disclosures requirements are not applicable to them.

Dated: June 19, 2010                    Respectfully  Submitted,


                                        /S/ C.Valerie Ibe
                                        C. Valerie Ibe, Esq.
                                        Law Offices of C. Valerie Ibe,
                                        A Professional Law Corporation
                                        23614 Nadir Street
                                        West Hills, CA 91304
                                        Telephone: 818-346-8777
                                        Email:Kancvi@aol.com,
                                        Bar ID: 94234
                                        Counsel for Plaintiff, Rose Ure Mezu


                                        /S/ John M. Singleton, Esq.
                                        Singleton Law Group
                                        400 Redland Court, Suite 107
                                        Telephone: 410-902-0073
                                        Fax: 410-902-7372
                                        Email:jmsingleton@sgt-law.com
                                        Bar ID: 02275

                                        Counsel for Plaintiff, Rose Ure Mezu


                                        2

## CERTIFICATE OF SERVICE
### All Case Participants Are CM/ECF Participants

I hereby certify that on June 19, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Sally Lotz Swann    sswann@oag.state.md.us,

/S/ C.Valerie Ibe
C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe,
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone: 818-346-8777
Email:Kancvi@aol.com,
Bar ID: 94234

Counsel for Plaintiff, Rose Ure Mezu

/S/ John M. Singleton, Esq.
Singleton Law Group
400 Redland Court, Suite 107
Telephone: 410-902-0073
Fax: 410-902-7372
Email:jmsingleton@sgt-law.com
Bar ID: 02275

Counsel for Plaintiff, Rose Ure Mezu