## Swann, Sally

| | |
|---|---|
| **From:** | kancvi@aol.com |
| **Sent:** | Monday, September 06, 2010 9:47 AM |
| **To:** | Swann, Sally |
| **Subject:** | Re: expert witnesses |

Ms Swann,

I recommend that you read through the requirements of Federal Rule 26(a)(2)(B). Dr Nze and Dr Huang are fact witnesses who may be called on to testify at trial. Dr Huang performed Dr Olachi's surgery while Dr Nze has been Dr Rose Mezu's physician for years. I neither recommended, referred or retained them for litigation. Therefore, the disclosure requirements do not apply to them.
C. Valerie Ibe, Esq.,
Law Offices of C. Valerie Ibe
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone:818-346-8777
Email:kancvi@aol.com


-----Original Message-----
From: Swann, Sally <sswann@oag.state.md.us>
To: kancvi@aol.com <kancvi@aol.com>
Sent: Thu, Sep 2, 2010 11:37 am
Subject: expert witnesses

Ms. Ibe,
I also will be deposing Dr. Anze and will send you a courtesy copy of the notice of deposition.
I note in your expert witness designation that you contend plaintiff does not have to disclose a written report from the experts because they have not been retained to provide expert testimony; therefore disclosure requirements are not applicable to them. However, even if plaintiff has not retained Drs. Huang and Anze, under Fed. Rule 26(a)(2)(C) you must provide the subject matter on which the witness is expected to present evidence under Federal rule of Evidence 702, 703 and 705, and a summary of the facts and opinions to which the witness is expected to testify.
Further, because the federal rules allow for the deposition of the experts, you will have to secure the consent of Olachi Mezu for the release of her medical records and consent for Dr. Huang to disclose medical information regarding her illness and treatment. The same will be true for Dr. Anze, but the consent will be from Dr. Rose Mezu.
Thank you.


Sally L. Swann, Assistant Attorney General
Office of Attorney General of Maryland
Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21212-2021
Tel: (410) 576-7053
Fax: (410) 576-6437


=

1

EXHIBIT B