**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ROSE URE MEZU | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. WMN-09-2855 |
| | : |
| MORGAN STATE UNIVERSITY, | : |
| and | : |
| ARMADA  W. GRANT, | : |
| in her personal capacity and | : |
| as Director, Human Resources/Payroll for | : |
| Morgan State University, | : |
| and | : |
| DOLAN HUBBARD, | : |
| in his personal capacity and | : |
| as Chair,  Department of English | : |
| and Language Arts, | : |
| Morgan State University, | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR ONE MONTH EXTENSION OF TIME**
**TO COMPLETE DISCOVERY FOLLOWING THE RESOLUTION OF**
**PLAINTIFF'S 8-13-2010 MOTION TO COMPEL.**

Plaintiff, Rose Ure Mezu, through undersigned counsel moves this court to extend

the discovery deadline to ONE month following the resolution of the plaintiff's Motion to

Compel Discovery pursuant to Rule 6 (b)(1)(A) of the Federal Rules of Civil Procedure

which states:

> When an act may or must be done within a specified time, the court may, for good
> cause, extend the time with or without a motion or notice if the court acts, or if a
> request is made, before the original time or its extension expires

and under this court' s Local Rule 105 (9).

In support thereof, Plaintiff states:

1. On August 13, 2010, plaintiff filed a Motion to Compel with this court after several failed attempts to get the defendants to fulfill their discovery obligations.

2. On September 2, 2010, the discovery disputes were reassigned to Magistrate Judge Paul Grimm following the recusal of Magistrate Judge Susan Gauvey.

3. Plaintiff is awaiting the resolution of this motion to compel as the crux of the plaintiff's case hinges on the disclosure of these important documents.

4. Plaintiff cannot complete discovery and as of date has not been able to depose any of the defendants or defendants' employees pending the resolution of the motion to compel.

5. Plaintiff is asking for a one month extension to complete discovery following the resolution of this dispute.

6. Plaintiff will be prejudiced if this extension is not granted. Defendants' counsel has been notified of this extension request and does not oppose it.

7. The current discovery deadline is September 21, 2010. .

For all the reasons stated above, Plaintiff respectfully moves this Court to grant the ONE month extension of time following the resolution of the discovery dispute.


Dated: September 14, 2010          Respectfully  Submitted,


S/ C.Valerie Ibe
C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe,
A Professional Law Corporation
23614 Nadir Street


2

West Hills, CA 91304
Telephone: 818-346-8777
Email:Kancvi@aol.com,
Bar ID: 94234

Counsel for Plaintiff, Rose Ure Mezu


/S/ John M. Singleton, Esq.
Singleton Law Group
400 Redland Court, Suite 107
Telephone: 410-902-0073
Fax: 410-902-7372
Email:jmsingleton@sgt-law.com
Bar ID: 02275

Counsel for Plaintiff, Rose Ure Mezu

3

**CERTIFICATE OF SERVICE**
**All Case Participants Are CM/ECF Participants**

I hereby certify that on September 14, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Sally Lotz Swann     sswann@oag.state.md.us,

/S/ C.Valerie Ibe
C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe,
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone: 818-346-8777
Email:Kancvi@aol.com,
Bar ID: 94234

Counsel for Plaintiff, Rose Ure Mezu

/S/ John M. Singleton, Esq.
Singleton Law Group
400 Redland Court, Suite 107
Telephone: 410-902-0073
Fax: 410-902-7372
Email:jmsingleton@sgt-law.com
Bar ID: 02275

Counsel for Plaintiff, Rose Ure Mezu

4