**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ROSE URE MEZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN09CV2855 |
| MORGAN STATE UNIVERSITY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION TO REVOKE THE *PRO HAC VICE* ADMISSION OF PLAINTIFF'S COUNSEL</u>**

Defendant Morgan State University ("University"), by its counsel Douglas F. Gansler, Attorney General of Maryland, and Sally L. Swann, Assistant Attorney General, files this Motion to Revoke the Admission *Pro Hac Vice* of Plaintiff's counsel because she has demonstrated a disregard for the Local Rules of this Court and the Federal Rules of Civil Procedure as further explained in the accompanying memorandum.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland


_____/s/_____
SALLY L. SWANN
Assistant Attorney General
Federal Bar No.: 06731

Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, MD 21202-2021
Telephone: (410) 576-7053
sswann@oag.state.md.us