# EXHIBIT 1 -  PLAINTIFF'S COUNSEL'S

# SEPTEMBER 6, 2010 EMAIL

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Re: (no subject)
**Date:** Mon, Sep 6, 2010 7:47 am

Ms Swann,

You can not have a conference when you have not notified me of the issues you are disputing. Right now, I am not aware of any discovery dispute. Under the rules, you are required to notify me of any deficient discovery requests and provide an opportunity to cure them before you automatically have a conference. You need to list out every discovery issue that you have for my information and notice. I have also told you that we are still in discovery, and  will supplement our document production as they become available.

Your email refers to other disputes regarding the interrogatories and production of documents. I am not aware of any of those. Since the plaintiff sent you her responses to your interogatories and document requests on August 12, 2010, I have only received an email from you on the document request. I told you last week Thursday that I will send you my responses on Tuesday, September 7. The conference is premature and will not be scheduled until you notify me of what discovery request is deficient and provided an opportunity to cure it.

C. Valerie Ibe, Esq.,
Law Offices of C. Valerie Ibe
A Professional Law Corporation
23614 Nadir Street
West Hills, CA 91304
Telephone:818-346-8777
Email:kancvi@aol.com

-----Original Message-----
From: Swann, Sally <sswann@oag.state.md.us>
To: kancvi@aol.com <kancvi@aol.com>
Sent: Mon, Sep 6, 2010 7:29 am
Subject: (no subject)

Ms. Ibe,
I attach for your review, your designation of expert witnesses that was sent to me on 7/17/2010.
 Accordingly, you are required to make the disclosure under rule 26(a)(2)(C).
You are also required to provide all medical records from these two physicians under the request for production of documents. See request nos. 1,6,11,12,14,15,16.
To meet the requirements of the conference to resolve discovery disputes under L.R 104.7, I will call you on Tuesday at 3 PM to discuss the other disputes concerning the production of documents and answer to interrogatories.
Thank you.

=