**EXHIBIT 2 – SEPTEMBER 10, 2010 EMAIL**

**FORWARDING THE DOCUMENTS TO DEFENSE**

**COUNSEL  & FURTHER EMAIL**

**CORESPONDENCE BETWEEN THE TWO**

**COUNSELS.**

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Plaintiff's 1st supplemental document production to MSU
**Date:** Fri, Sep 10, 2010 7:01 am
**Attachments:** MSU_Pro_Doc_Sept2010_RQ7.pdf (3417K), MSU_Pro_Docs_Sept2010_RQ6.pdf (537K), MSU_Pro_Docs_Sept2010_RQ8.pdf (2139K), MSU_Pro_Docs_Sept2010_RQ9.pdf (6644K), MSU_Pro_Docs_Sept2010_RQ10.pdf (1323K), MSU_Pro_Docs_Sept2010_RQ11.pdf (385K), MSU_Pro_Docs_Sept2010_RQ12.pdf (1471K), MSU_Pro_Docs_Sept2010_RQ13.pdf (4140K), MSU_Pro_Docs_Sept2010_RQ14.pdf (14K), MSU_Pro_Docs_Sept2010_RQ15.pdf (15K), MSU_Pro_Docs_Sept2010_RQ16.pdf (4052K)

Here are the supplemented docs as requested by Defendants.

Each request supplemented is in a different file. No responsive documents for requests 14 and 15. Plaintiff reserves the right to supplement as documents become available and as trial preparation advances.

*C. Valerie Ibe, Esq.,*
*Law Offices of C. Valerie Ibe*
*A Professional Law Corporation*
*23614 Nadir Street*
*West Hills, CA 91304*
*Telephone: 818-346-8777*
*Email:kancvi@aol.com*

**From:** UnknownSender@UnknownDomain
**To:** Kancvi@aol.com
**Subject:** Undelivered Mail Returned to Sender
**Date:** Fri, Sep 10, 2010 7:03 am
**Attachments:** MSU_Pro_Doc_Sept2010_RQ7.pdf (33K)

---

```
This is the Spam & Virus Firewall at spamwall.oag.state.md.us.

I'm sorry to inform you that the message below could not be delivered.
When delivery was attempted, the following error was returned.


<sswann@oag.state.md.us>: message size 32962920 exceeds size limit 31457280 of
    server 10.52.18.56[10.52.18.56]


Final-Recipient: rfc822; sswann@oag.state.md.us
Action: failed
Status: 5.0.0
Diagnostic-Code: X-Spam-&-Virus-Firewall; message size 32962920 exceeds size
    limit 31457280 of server 10.52.18.56[10.52.18.56]
```

Attached Message

| | |
|---|---|
| From: | kancvi@aol.com |
| To: | sswann@oag.state.md.us |
| Subject: | Plaintiff's 1st supplemental document production to MSU |
| Date: | Fri, 10 Sep 2010 10:00:53 -0400 |

Here are the supplemented docs as requested by Defendants.

Each request supplemented is in a different file.  No responsive documents for requests 14 and 15. Plaintiff reserves the right to supplement as documents become available and as trial preparation advances.


*C. Valerie Ibe, Esq.,*
*Law Offices of C. Valerie Ibe*
*A Professional Law Corporation*
*23614 Nadir Street*
*West Hills, CA 91304*
*Telephone: 818-346-8777*
*Email:kancvi@aol.com*

**From:** kancvi@aol.com
**To:** sswann@oag.state.md.us
**Subject:** Fwd: Undelivered Mail Returned to Sender
**Date:** Fri, Sep 10, 2010 7:39 am
**Attachments:** MSU_Pro_Doc_Sept2010_RQ7.pdf (33K)

I am resending this attachment. Apparently, it did not go through.

-----Original Message-----
From: UnknownSender@UnknownDomain
To: Kancvi@aol.com
Sent: Fri, Sep 10, 2010 7:03 am
Subject: Undelivered Mail Returned to Sender

This is the Spam & Virus Firewall at spamwall.oag.state.md.us.

I'm sorry to inform you that the message below could not be delivered.
When delivery was attempted, the following error was returned.

<sswann@oag.state.md.us>: message size 32962920 exceeds size limit 31457280 of
    server 10.52.18.56[10.52.18.56]

Final-Recipient: rfc822; sswann@oag.state.md.us
Action: failed
Status: 5.0.0
Diagnostic-Code: X-Spam-&-Virus-Firewall; message size 32962920 exceeds size
    limit 31457280 of server 10.52.18.56[10.52.18.56]

| Attached Message | |
| --- | --- |
| From: | kancvi@aol.com |
| To: | sswann@oag.state.md.us |
| Subject: | Plaintiff's 1st supplemental document production to MSU |
| Date: | Fri, 10 Sep 2010 10:00:53 -0400 |

Here are the supplemented docs as requested by Defendants.

Each request supplemented is in a different file.  No responsive documents for requests 14 and 15. Plaintiff reserves the right to supplement as documents become available and as trial preparation advances.

*C. Valerie Ibe, Esq.,*
*Law Offices of C. Valerie Ibe*
*A Professional Law Corporation*
*23614 Nadir Street*
*West Hills, CA 91304*
*Telephone: 818-346-8777*
*Email:kancvi@aol.com*

**From:** Swann, Sally <sswann@oag.state.md.us>
**To:** 'kancvi@aol.com' <kancvi@aol.com>
**Subject:** RE: Undelivered Mail Returned to Sender
**Date:** Fri, Sep 10, 2010 10:43 am

Apparently the file is damaged. It cannot be opened.

**From:** kancvi@aol.com [mailto:kancvi@aol.com]
**Sent:** Friday, September 10, 2010 10:39 AM
**To:** Swann, Sally
**Subject:** Fwd: Undelivered Mail Returned to Sender

I am resending this attachment. Apparently, it did not go through.

-----Original Message-----
From: UnknownSender@UnknownDomain
To: Kancvi@aol.com
Sent: Fri, Sep 10, 2010 7:03 am
Subject: Undelivered Mail Returned to Sender

This is the Spam & Virus Firewall at spamwall.oag.state.md.us.

I'm sorry to inform you that the message below could not be delivered.
When delivery was attempted, the following error was returned.

<sswann@oag.state.md.us>: message size 32962920 exceeds size limit 31457280 of
    server 10.52.18.56[10.52.18.56]
Final-Recipient: rfc822; sswann@oag.state.md.us
Action: failed
Status: 5.0.0
Diagnostic-Code: X-Spam-&-Virus-Firewall; message size 32962920 exceeds size
    limit 31457280 of server 10.52.18.56[10.52.18.56]

Attached Message

| | |
|---|---|
| From: | kancvi@aol.com |
| To: | sswann@oag.state.md.us |
| Subject: | Plaintiff's 1st supplemental document production to MSU |
| Date: | Fri, 10 Sep 2010 10:00:53 -0400 |

Here are the supplemented docs as requested by Defendants.

Each request supplemented is in a different file. No responsive documents for requests 14 and 15. Plaintiff reserves the right to supplement as documents become available and as trial preparation advances.

*C. Valerie Ibe, Esq.,*
*Law Offices of C. Valerie Ibe*
*A Professional Law Corporation*
*23614 Nadir Street*
*West Hills, CA 91304*
*Telephone: 818-346-8777*
*Email:kancvi@aol.com*

=