**EXHIBIT 3 – NOTICE OF ELECTRONIC FILING**

**(Motion for Sanctions of Dismissal under F.R.C.P. 41**

**OR Alternatively for Sanctions under F.R.C.P. 37) filed**

**BY MS SWANN ON SEPTEMBER 10, 2010 AT 3.31**

**PM EASTERN TIME.**

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 1:09-cv-02855-WMN Mezu v. Morgan State University et al Motion for Sanctions
**Date:** Fri, Sep 10, 2010 12:32 pm

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Maryland**

## Notice of Electronic Filing

The following transaction was entered by Swann, Sally on 9/10/2010 at 3:31 PM EDT and filed on 9/10/2010

**Case Name:**        Mezu v. Morgan State University et al
**Case Number:**      1:09-cv-02855-WMN
**Filer:**            Morgan State University
**Document Number:** 68

**Docket Text:**
**MOTION for Sanctions *of Dismissal Under F.R.C.P. 41 or Alternatively for Sanctions under F.R.C.P. 37* by Morgan State University Responses due by 9/27/2010 (Attachments: # (1) Memorandum In Support, # (2) Exhibit A, # (3) Exhibit B, # (4) Text of Proposed Order, # (5) Notice of Filing of Lengthy Exhibit)(Swann, Sally)**

**1:09-cv-02855-WMN Notice has been electronically mailed to:**

Chinyere Valerie Ibe     kancvi@aol.com, Bapress@aol.com

John Michael Singleton     jsingleton@wwdslaw.com

Sally Lotz Swann     sswann@oag.state.md.us, dcox@oag.state.md.us

**1:09-cv-02855-WMN Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-0
] [02b7155b1bfd47862c5ea75b6ee1c7d85e83556ec911b04d6bf1399268bb5883974
ae979f371a45d088952a796cc7d57db8287ae58fdc4e4d591fa08e9808000]]
**Document description:** Memorandum In Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-1

] [7649d5874df17ffe550599d1e7a05747da19e8d788eb2d42b8cdf934941c8addcbe
c32b0d1512421d8169a92f8d9d90255d9c86fe06538d5b988535453208ae0]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-2
] [6cdd258b30875fca72440033233062f6cdd3c5b8a35d49f414ff3acfb7ce595bb68
12f1d323eeb4ae66dc9d671cb443cd87755612049e922c0635315178ff3b9]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-3
] [9e38b422cf9364744a58feeb3693f65be530661fe49ca2d28715a4935539d4e352f
a6009c0e6ffce628c7a5bf4abc598ce02f30ec078814f5c12da9cfb3ee13b]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-4
] [0c2d87e715ed845f0dbb3ebff0c2a8ac0b39b182f180cc926b49964010a7541bf64
1425899024ffed94392594e8c4b1c24c7da99f0429dfb7a1e8ab8a4845128]]
**Document description:** Notice of Filing of Lengthy Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=9/10/2010] [FileNumber=2856873-5
] [697d9aa8024ae92af6a273e81960d81595375a634c05fee6ce2f587ce082ab72abd
5bc8f4e5e7fe843c2d8fb37f4566417442bf7014adb4866ec48b83b66707c]]