**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ROSE URE MEZU | : |
| Plaintiff, | : |
|  | : |
| v. | : Civil Action No. WMN-09-2855 |
|  | : |
| MORGAN STATE UNIVERSITY, | : |
| and | : |
| ARMADA  W. GRANT, | : |
| in her personal capacity and | : |
| as Director, Human Resources/Payroll for | : |
| Morgan State University, | : |
| and | : |
| DOLAN HUBBARD, | : |
| in his personal capacity and | : |
| as Chair,  Department of English | : |
| and Language Arts, | : |
| Morgan State University, | : |
| Defendants. | : |

**<u>ORDER</u>**

AND NOW, this      day of        , 2010, upon consideration of the defendant's motion to revoke

plaintiff's counsel admission pro hac vice, and the response thereto, that motion is hereby DENIED.

BY THE COURT:

_____

J.